IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BELINDA KAYE FRANKS                                                PLAINTIFF

v.                               No. 3:16-cv-251-DPM

JAMIE CLARK, Bondslady, Gulley Bail Bonds;
and GULLEY BAIL BONDS                                           DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2016